**[J-56-2020]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 54 MAP 2019 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court dated December 19, |
| | : | 2018 at No. 3109 EDA 2017 |
| v. | : | Affirming the PCRA Order of the |
| | : | Montgomery County Court of |
| | : | Common Pleas, Criminal Division, |
| TRISTAN STAHLEY, | : | dated August 28, 2017 at No. CP- |
| | : | 46-CR-0005026-2013. |
| Appellant | : | |
| | : | SUBMITTED: May 29, 2020 |

**ORDER**

**PER CURIAM**                                           **DECIDED:  February 23, 2022**

**AND NOW**, this 23rd day of February, 2022, the appeal is **DISMISSED** as having been improvidently granted.

Justice Brobson did not participate in the consideration or decision of this matter.